WALTER J. TAYLOR, as Administrator, etc., of CARLYLE S. DEWEY, Deceased, Respondent, v. STURGES DORRANCE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNETTA GARMENT COMPANY, Respondent, v. KURLANDER BROS. AND HARFIELD CLOAK AND SUIT COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

ERNESTINE KLEIN, Respondent, v. GEORGE DONNELLY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CONTINENTAL SECURITIES COMPANY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *General Investment Co.* v. *Interborough Rapid Transit Co.* (200 App. Div. 794, decided April 21, 1922). Present — Clarke, P. J., Dowl ng, Smith, Page and Greenbaum, JJ.

GENERAL INVESTMENT COMPANY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CLARENCE H. VENNER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARY W. REIK, Respondent, v. HENRY O. REIK, Appellant.— Judgment affirmed, with costs. No opinion Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CARL W. SCHROETER, Respondent, v. ARBIB & HOULBERG, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that there is an issue of fact presented by the pleadings. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting.

JACOB KATZMAN, Appellant, v. ROBERT L. LISSNER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN LUCAS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MITSUI & COMPANY, LTD., Respondent, v. GERSETA CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MIKE YOUT, Doing Business as EUROPEAN MERCHANDISE COMPANY, Respond-